# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Carla Bryson | : | CASE NO: 18-55176 |
| | : | CHAPTER 13 |
| | : | JUDGE: CHARLES M. CALDWELL |

## NOTICE OF INTENTION
## TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00007 | AEP<br>Bankruptcy Department<br>P.O. Box 2021<br>Roanoke, VA  24022 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00008 | Always Loan<br>5620 Hall Rd.<br>Columbus, OH  43220 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00009 | AT&T Corporation<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | 621.57 | 100.00 % | 0.00 % | Unsecured |
| 00010 | ATT<br>c/o  NCO<br>507 Prudential Rd.<br>Horsham, PA  19044 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00006 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 667.88 | 100.00 % | 0.00 % | Priority (new) |
| 00012 | Cashland<br>1299 Mt. Vernon Ave.<br>Marion, OH  43302 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00011 | CASHNET USA<br>175 W JACKSON BLVD STE 1000<br>CHICAGO, IL  60604 | 1,352.37 | 100.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00022 | Cerastes LLC<br>c/o Weinstein & Riley PS<br>PO Box 3978<br>Seattle, WA  98124-3978 | 88.41 | 100.00 % | 0.00 % | Unsecured |
| 00033 | Chapter Holdings LLC<br>PO Box 748<br>Tullahoma, TN  37388 | 2,003.67 | 100.00 % | 0.00 % | Unsecured |
| 00013 | Chase Bank<br>Po Box 15368<br>Wilmington, DE  19850 | 25,004.64 | 100.00 % | 0.00 % | Unsecured |
| 00014 | Check Into Cash<br>3570 Maple Ave.<br>Zanesville, OH  43701 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00015 | Check Smart<br>8290 Sancus Blvd.<br>Westerville, OH  43081 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00002 | CNAC<br>Attn: Bankruptcy<br>12802 Hamilton Crossing Blvd<br>Carmel, IN  46032 | 9,899.20 | 100.00 % | 5.00 % | Secured-PMSI |
| 00016 | Columbia Gas of Ohio Inc<br>PO Box 117<br>Columbus, OH  43216 | 509.96 | 100.00 % | 0.00 % | Unsecured |
| 00017 | Credit First<br>P.O. Box 81083<br>Cleveland, OH  44187 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00018 | DELL FINANCIAL SERVICES<br>c/o RESURGENT CAPITAL SERVICES<br>PO BOX 10390<br>GREENVILLE, SC  29603-0390 | 595.43 | 100.00 % | 0.00 % | Unsecured |
| 00019 | Directv LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL  60197-5008 | 378.48 | 100.00 % | 0.00 % | Unsecured |
| 00020 | Doctor&#039;s Hospital<br>P.O. Box 951596<br>Cleveland, OH  44193 | Not filed | 100.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00021 | Doctor&#039;s Hospital<br>P.O. Box 951596<br>Cleveland, OH  44193 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00005 | IRS<br>Special Procedure Branch<br>P.O. Box 99183<br>Cleveland, OH  44199 | Not filed | 100.00 % | 0.00 % | Priority (new) |
| 00034 | JP MORGAN CHASE BANK<br>NATIONAL PAYMENT SERVICES<br>PO BOX 24785<br>COLUMBUS, OH  43224-0785 | 10,086.59 | 100.00 % | 0.00 % | Pre-Pet MTG Arrears |
| 00001 | JP MORGAN CHASE BANK<br>NATIONAL PAYMENT SERVICES<br>PO BOX 24785<br>COLUMBUS, OH  43224-0785 | 196.46<br>CONTINUING | 100.00 % | 0.00 % | Mortgage |
| 00003 | Mariner Finance LLC<br>8211 Town Center Dr<br>Nottingham, MD  21236 | 4,237.65 | 100.00 % | 0.00 % | Unsecured |
| 00023 | Nationwide Energy<br>P.O. Box 182540<br>Columbus, OH  43218 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00024 | Ohio Auto Loan Services<br>3588 South High Street<br>Columbus, OH  43207 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00025 | Ohio Health Physician Group<br>L3061<br>Columbus, OH  43260 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00026 | One Main<br>300 St. Paul Pl.<br>Baltimore, MD  21202 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00027 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 7,459.32 | 100.00 % | 0.00 % | Unsecured |
| 00028 | Rise<br>4150 International Plaza<br>Fort Worth, TX  76109 | Not filed | 100.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00029 | Speedy/Rapid Cash<br>PO Box 780408<br>Wichita, KS 67278 | 1,581.83 | 100.00 % | 0.00 % | Unsecured |
| 00030 | SUNRISE CREDIT SERVICES<br>260 AIRPORT PLAZA<br>FARMINGDALE, NY 11735 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00031 | Target<br>3701 Wayzata Blvd. 1ak<br>Minneapolis, MN 55416 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00035 | TMobile<br>POB 724596<br>Cincinnati, OH 45274 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00032 | Webbank<br>6250 Ridgewood ROA<br>Saint Cloud, MN 56303 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00004 | Wells Fargo Dealer Services<br>PO Box 17900<br>Denver, CO 80217-0900 | 8,700.00 | 100.00 % | 5.00 % | Secured-506 |
| 10004 | Wells Fargo Dealer Services<br>PO Box 17900<br>Denver, CO 80217-0900 | 9,131.26 | 100.00 % | 0.00 % | Unsecured |
|  | TOTAL | 82,318.26 |  |  |  |
| 00000 | Erin E. Schrader<br>Rauser & Associates<br>5 E. Long Street, Suite 300<br>Columbus, OH 43215 | 3,600.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: April 16, 2019

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH 43085-6300
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Carla Bryson | : | CASE NO: 18-55176 |
| | : | CHAPTER 13 |
| | : | JUDGE: CHARLES M. CALDWELL |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Intention to Pay Claims was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email addresss registered with the Court and (ii) by **ordinary U.S. Mail** on April 16, 2019 addressed to:

Carla Bryson
653 Prairie Rd.
Galloway, OH  43119
**See Creditor Matrix Attached**

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

Worthington Meadows Apts.
699 Wellingshire Blvd.
Columbus, OH  430850000

Columbia Gas of Ohio
P.O. Box 117
Columbus, OH  432160000

Speedy/Rapid Cash
PO BOX 780408
Wichita, KS  672780000

CashNetUSA
175 W Jackson Blvd
Suite 1000
Chicago, IL  606040000

ATT
P.O. Box 2036
Warren, MI  480900000

Carla Bryson
653 Prairie Rd.
Galloway, OH  431190000

TMobile
POB 724596
Cincinnati, OH  452740000

CNAC
5250 Brookpark
Cleveland, OH  441340000

Ohio Auto Loan Services
3588 South High Street
Columbus, OH  432070000

JPMorgan Chase Bank, N.A.
Mail Code:  OH4-7164
PO Box 24785
Columbus, OH  432240785

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA  235410000

Webbank
6250 Ridgewood ROA
Saint Cloud, MN  563030000

Speedy Loan Legal Dept.
PO Box 26275
Milwaukee, WI  532260000

Chase Mortgage
10790 Rancho Berna
San Diego, CA  921270000

IRS
Special Procedure Branch
P.O. Box 99183
Cleveland, OH  441990000

Directv LLC
by American InfoSource as agent
PO Box 5008
Carol Stream, IL  601975008

Credit First
P.O. Box 81083
Cleveland, OH  441870000

Target
3701 Wayzata Blvd. 1ak
Minneapolis, MN  554160000

Check Into Cash
3570 Maple Ave.
Zanesville, OH  437010000

Chase Bank USA, N.A.
PO Box 15368
Wilmington, DE  198500000

CNAC
Attn: Bankruptcy Dept.
12802 Hamilton Crossing Blvd.
Carmel, IN  460320000

DFS/WEBBANK
PO Box 81607
Austin, TX  787080000

Ohio Health Physician Group
L3061
Columbus, OH  432600000

Chase
P.O. Box 1022
Wixom, MI  483930000

Cashland
1299 Mt. Vernon Ave.
Marion, OH  433020000

Doctor's Hospital
P.O. Box 951596
Cleveland, OH  441930000

Money Key
3422 Old Capital Trail  Ste 1613
Wilmington, DE  198080000

DirectTV
P.O. Box 6414
Carol Stream, IL  601970000

Franklin County Municipal Court
375 South High, 3rd Floor
Columbus, OH  432150000

Mariner Finance
1157 Merritt Blvd.
Dundalk, MD  212220000

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

One Main
300 St. Paul Pl.
Baltimore, MD  212020000

Sunrise Credit Services
260 Airport Plaza
Farmingdale, NY  117350000

Check Smart
8290 Sancus Blvd.
Westerville, OH  430810000

MARINER FINANCE, LLC
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD  212360000

Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC  296030390

ATT CORP
by American InfoSource as agent
PO Box 4457
Houston, TX  772104457

Frank & Wooldridge Co.
600 S. Pearl St.
Columbus, OH  432060000

Cash Net USA
P.O. Box 06230
Chicago, IL  606060230

State of Ohio Department of Taxation
PO Box 182402
Columbus, OH  432180000

WFDS
420 Montgomery Street
San Francisco, CA  941050000

ATT
c/o  NCO
507 Prudential Rd.
Horsham, PA  190440000

Cerastes, LLC
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA  981210000

Rise
4150 International Plaza
Fort Worth, TX  761090000

Always Loan
5620 Hall Rd.
Columbus, OH  432200000

Columbia Gas Of Ohio
P.O. Box 9001847
Louisville, KY  402900000

Nationwide Energy
P.O. Box 182540
Columbus, OH  432180000

Wells Fargo Bank N.A., dba Wells Fargo Auto
PO Box 130000
Raleigh, NC  276050000

AEP
Bankruptcy Department
P.O. Box 2021
Roanoke, VA  240220000